*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**ADVANTAGE PARTNERS LLC, Plaintiff–Appellant,**

v.

**SALTON INDUSTRIES LLC, Sears Roebuck & Company, Federated Department Stores, and May Department Stores, Defendants–Appellees.**

No. 01–1612.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2001.

Before BRYSON, LINN, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

**Thomasine CLOUDE and Ina Ruth Hunter, Petitioners,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 01–3170.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 10, 2001.

Before BRYSON, LINN, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36